IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BRAD WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cv. No. 2:15-cv-2693-SHM/dkv |
| | ) |
| FEDEX EXPRESS, | ) |
| | ) |
| Defendant. | ) |

ORDER OF DISMISSAL

On October 21, 2015, plaintiff Brad Ward, a resident of Arlington, Tennessee, filed a *pro se* complaint pursuant to Title VII of the Civil Rights Act of 1964, along with a motion to proceed *in forma pauperis* (ECF Nos. 1 & 2).

By order dated October 27, 2015 (ECF No. 5), plaintiff was directed to "submit" a non prisoner *in forma pauperis* affidavit or pay the $400.00 civil filing fee within thirty (30) days after the date the order was entered. The order also provided that, "Failure to timely comply with this order will result in dismissal of this action for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b)."

Plaintiff has not complied with the court ordered directive, and the time for compliance has expired. Therefore, the complaint is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 1st day of December, 2015.

        *s/ Samuel H. Mays, Jr.*
        SAMUEL H. MAYS, JR.
        UNITED STATES DISTRICT JUDGE