UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**BRAD WARD,**

    **Plaintiff,**

VS.                                                                 No. 15-2693-SHM

**FEDEX EXPRESS,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice, in accordance with the Order of Dismissal docketed December 1, 2015.


**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


  *December 1, 2015*          THOMAS M. GOULD
DATE                                  CLERK

                                             *s/ Zandra Frazier*
                                             (By) DEPUTY CLERK